```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| VERONICA LISTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELI LILLY AND CO. | : | No. 13-3019 |

ORDER

AND NOW, this 2nd day of October, 2013 upon consideration of the Rule 16 forms submitted to the Court, it is hereby ORDERED that:

      1.   By noon on December 16, 2013, the parties shall COMPLETE fact discovery pursuant to Fed. R. Civ. P. 26(a)(1)(A) and 26(a)(3);

      2.   By noon on January 6, 2014, the parties shall EXCHANGE expert reports;

      3.   By noon on February 7, 2014, the parties shall COMPLETE expert depositions;

      4.   At 10:00 a.m. on February 11, 2014, the parties shall CONVENE in Chambers for a preliminary settlement conference, with the plaintiff and the defendant's decision-maker available by telephone; and

5. Further scheduling shall ABIDE the outcome of the preliminary settlement conference.

BY THE COURT:

/s/ Stewart Dalzell, J.

2