IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERONICA LISTER, | : | CIVIL ACTION |
| Plaintiff | : | No. 13-3019 |
| v. | : | |
| ELI LILLY and COMPANY, | : | |
| Defendant. | : | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff and defendant Eli Lilly and Company, by and through their undersigned counsel, hereby agree and stipulate to voluntarily dismiss the above-captioned action without prejudice, both to parties bear their own costs and expenses.

Respectfully submitted,

/s/ Harris L. Pogust
Harris L. Pogust, Esq.
T. Matthew Leckman, Esq.
POGUST BRASLOW R. MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
*Attorneys for Plaintiff*

/s/ Jenai St. Hill
Jenai St. Hill, Esquire
William J. McDonough, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
*Attorneys for Defendant*

/s/ Phyllis Jones
Michael Imbroscio, Esquire
Phyllis Jones, Esquire
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
*Attorneys for Defendant*

Dated:  November 26, 2013

## **CERTIFICATE OF SERVICE**

      I certify that on this 26th day of November, 2013, a true and correct copy of the foregoing ***Joint Stipulation of Voluntary Dismissal*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Harris L. Pogust
      Harris L. Pogust, Esq
      *Counsel for Plaintiff*